JOHN F. PEPPÀRD, Respondent, *v.* ALBERT DAGGETT, as Sheriff, etc., Appellant.

(Argued March 18, 1885 ; decided April 14, 1885.)

*Robert Payne* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

GEORGE H. CONVERSE, by Guardian, etc., Appellant, *v.* ARTEMUS B. WALKER, Respondent.

(Submitted March 19, 1885 ; decided April 14, 1885.)

*F. C. Peck* for appellant.

*I. Sam. Johnson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.